THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY,<br>    **Plaintiff,** | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 18-0268-KD-B<br>) |
| SOUTHEASTERN CHEESE<br>CORPORATION, et al.,<br>    **Defendants.** | )<br>)<br>) |

**ORDER**

    This action is before the Court on Plaintiff Rockhill Insurance Company's Unopposed Motion to Reconsider, or in the Alternative, Motion for Leave to File Amended Complaint with Written Consent (doc. 38). Plaintiff moves the Court to reconsider its decision to strike the Amended Complaint. Plaintiff also seeks leave to amend its complaint to join additional parties and to seek a declaration regarding the parties' rights and obligations under the policy. Plaintiff has provided the Court with Defendants' written consent to the amendment (doc. 38, p. 5-10).

    Rule 15(a) of the Federal Rules of Civil Procedure governs amendments to pleadings. At this stage in the litigation, Rule 15(a)(2) applies and instructs the district court that "a party may amend its pleading only with the opposing party's written consent or the court's leave". Fed. R. Civ. P. 15(a)(2). Since the Defendants have given written consent, the Motion for Leave to File (doc. 38) is GRANTED, the Order striking the Amended Complaint (doc. 37) is VACATED, and the Amended Complaint (doc. 36) is deemed filed.

    The existing Defendants shall file their answer or other response on or before December 10, 2018. The newly added Defendants shall file their answer or other response in accordance with Rule 12 of the Federal Rules of Civil Procedure.

    **DONE** and **ORDERED** this the 19th day of November 2018.

                              **s/ Kristi K. DuBose**
                              **KRISTI K. DuBOSE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**