# EXHIBIT 1

# SITE SPECIFIC POLLUTION LIABILITY APPLICATION

**NOTICE:** If a policy is issued, amounts incurred for legal defense will reduce the limit of Liability available to pay judgments for settlements.  Further note that amounts incurred for legal defense shall be applied against the deductible or retention amount.

| APPLICANT *Southeastern Cheese Corp.* | DATE *2-9-15* |
|---|---|

**ADDRESS** *PO Box 535 / 92 Washington St,*

| CITY *Uniontown* | STATE *AL* | ZIP CODE *36786* | TELEPHONE # *334-628-3311* |
|---|---|---|---|

**COVERAGE REQUESTED**
- ✓ New Business
- ☐ Renewal
- ☐ Third Party Pollution Liability
- ✓ On Site Pollution Liability

**PROPOSED EFFECTIVE DATE:**
**PROPOSED RETROACTIVE DATE:** *07-15-14*

**LIMITS OF LIABILITY / DEDUCTIBLE**
Limits Requested: *$1,000,000.*
Deductible Requested: *$10,000.*

**1. PRIOR SITE POLLUTION LIABILITY CARRIER INFORMATION**

| CARRIER | LIMIT OF LIABILITY | DEDUCTIBLE | RETRO ACTIVE DATE | PREMIUM |
|---|---|---|---|---|
| *N/A* | | | | |

Any policy or coverage declined, canceled or non-renewed during the prior three years?   ☐ Yes  ☑ No
If yes explain:

**2. WHAT ARE THE APPLICANTS ESTIMATED GROSS SALES FOR THE NEXT 12 MONTHS?**
$ **REDACTED**

**3. PROPERTY DESCRIPTION** – Please complete the following for all locations you wish to be covered.

| LOCATION (address) | DESCRIPTION | ACREAGE | LENGTH OF OPERATIONS |
|---|---|---|---|
| a. *92 Washington St.* | *Cheese plant* | *4* | *since 1996* |
| b. *470 CR 78* | *Wastewater treatment* | *315* | *2004* |
| c. | *and sprayfield* | | |
| d. | | | |
| e. | | | |

**4. DESCRIBE CURRENT OPERATIONS (FOR EACH LOCATION):**
a.  *Cheesemaking/manufacturing*
b.  *wastewater treatment  through series of lagoons (cells) and irrigation of treated water*

**5. LIST ALL STRUCTURES ON THE PROPERTY:**
a.  *cheese manufacturing plant and warehouse.*
b.  *pumphouse, shed*

**6. PROVIDE A LIST OF ALL ADDITIONAL OCCUPANTS ON THIS PROPERTY** (OWNED OR LEASED):
a) *NONE*
b) *NONE*

**7. PROVIDE A SITE HISTORY INCULDING PAST LAND USE AND THE TIME PERIOD OF EACH OPERATION:**
a) *cheese plant since 1930*
b) *hay and pasture farm*

**8. PROVIDE ALL PAST STORAGE AND DISPOSAL PRACTICES AT EACH SITE:**

a) milk silos and cheese cold-storage, warehouse storage (dry products) waste pumped to sprayfield
b) lagoon ponds store wastewater, sprayfield distributes water for

**9. DOES THIS SITE GENERATE, HANDLE, STORE OR DISPOSE OF ANY POTENTIAL HAZARDOUS** absorption
**MATERAIL:** and evaporation.
YES   (NO)
If yes, please complete the following: (use additional sheets or provide a complete schedule if necessary)

A.   Type and Quantity of Materials Generated, Handled, Stored or Disposed of:

B.   Is this site a Small Quantity Generator (SQG)?

C.   Is this site a Large Quantity Generator (LQG)?

D.   Describe the On Site Storage Practices and Storage Areas:

E.   Describe the Building(s) Fire Alarm & Suppression System:

F.   Describe the Disposal Methods Used:

G.   Describe the On Site Containment System:

**10. DOES THIS SITE HAVE ANY UNDERGROUND STRORAGE TANKS?**
YES   (NO)
If yes, please complete the following: (use additional sheets or provide a complete schedule if necessary)

| | Tank 1 | Tank 2 | Tank 3 | Tank 4 |
|---|---|---|---|---|
| Date of Installation | | | | |
| Tank Construction Material | | | | |
| Piping Construction Material | | | | |
| Capacity | | | | |
| Material Stored | | | | |
| Most Recent Tightness Test | | | | |
| Tank Protection | | | | |
| Tank Leak Detection | | | | |
| Number of Monitoring Wells (Site) | | | | |
| Is all above ground piping protected from accidental Mobile Equipment contact damage? | | | | |
| Compliant with all UST Guidelines (Yes / No) | | | | |

**11. DOES THIS SITE HAVE ANY ABOVEGROUND STRORAGE TANKS?**
(YES)   NO
If yes, please complete the following: (use additional sheets or provide a complete schedule if necessary)

| | Tank 1 | Tank 2 | Tank 3 | Tank 4 |
|---|---|---|---|---|
| Date of Installation: | 2013 | 1978 | 1998 | |
| Tank Construction Material: | steel | stainless | stainless | |
| Tank Capacity: | 500 gal | 30,000 gal | 50,000 gal | |
| Material Stored: | diesel | milk | milk | |
| Diking Construction: | portable skid tank | none | none | |
| Diking Capacity: | none | none | none | |
| Is all above ground piping protected from accidental Mobile Equipment contact damage? Yes | | | | |

Describe your Storm Water Drainage Procedures: gravity

**12. PROVIDE A DESCRIPTION OF ADJACENT PROPERTIES**
(Use additional sheets or provide a complete schedule for supplemental sites)

| | | | |
|---|---|---|---|
| North: | a) *Railroad* | b) ~~Cattle farm~~ *CR 78* | |
| South: | a) *city street* | b) *cattle farm / Uniontown sewage lagoons* | |
| East: | a) *woods* | b) *cattle farm* | |
| West: | a) *creek* | b) *cattle farm* | |

**13. IDENTIFY ALL NEARBY BODIES OF SURFACE WATER AND APPROXIMATE DISTANCE:**
*Uniontown sewage lagoons across property line*

**14. ARE THERE ANY SENSITIVE ENVIRONMENTS WITHIN 1 MILE OF THE SITE** (IE SCHOOLS, PARKS, ETC.)
(YES)    NO
If yes, please complete the following: (use additional sheets or provide a complete schedule if necessary)
*houses and school toward east*

**15. IDENTIFY ALL NEARBY WATER WELLS AND APPROXIMATE DISTANCE:**
*a) plant well on plant property*

**16. DOES THIS SITE TREAT, PROCESS, SEPARATE OR RECYCLE ANY OF THE FOLLOWING?**
YES   (NO)
If yes, please show percentage of each type of waste handled

| | | | |
|---|---|---|---|
| _____ Glass | _____ Household Garbage | _____ Household Hazardous Waste |
| _____ Plastic | _____ Cardboard | _____ Appliances |
| _____ Aluminum | _____ Oil / Oil Filters | _____ Commercial Solid Waste |
| _____ Paper | _____ Fluorescent Lights | _____ Other (list below) |

A.   Is your site fenced and locked to prevent trespassing while closed?   (Yes)   No
B.   Is the entrance controlled while the open for business?   Yes   (No)
C.   Do you allow the general public direct access to your site?   Yes   (No)
D.   Describe the Building(s) Fire Alarm & Suppression System:   *air horn*

E.   Describe the Any On Site Disposal Methods Used: *a) dumpster*
     *b) sprayfield - irrigation*

F.   Describe the On Site Containment System:
     *b) lagoons dug into chalk, designed by engineer*

**17. DO YOU HAVE A LANDFILL ON SITE?**   YES   (NO)
If yes, please complete the following: (use additional sheets or provide a complete schedule if necessary)

| Acreage | Total Acres | Active Landfill | Closed Landfill | Vacant Land |
|---|---|---|---|---|
| | | | | |

A.   Describe the type of waste collected:


B.   Is the Landfill Lined   Yes   No
     Type of Liner:
     Material:
     Thickness:

C.   Do you have a leachate collection system in place?   Yes   No
D.   How many Active Groundwater Monitoring Wells are in Place?
E.   Any Hazardous or Medical Waste Accepted?   Yes   No
F.   Is there any burning of Rubbish or other Materials allowed at the site?   Yes   No
G.   Is the landfill fenced and locked to prevent trespassing while closed?   Yes   No
H.   Is the Entrance Controlled while open for Business?   Yes   No

| 18. | Have you during the last five years received any violations regarding any standard or law relating to the Release of a substance from the location(s) into sewers, rivers, air or onto land? ☒Yes   ☐ No |
|---|---|

If yes, please provide details: 1. *water out of spec going to city lagoon* 2. *rainwater containment pond spilled into creek*

| | If yes, have you ever been prosecuted?   ☐ Yes   ☒ No |
|---|---|

| 19. | Please describe any pollution claims which have occurred during the last five years, (if none, please state so): |
|---|---|

*NONE.*

| 20. | At the time of signing this application are you aware of any circumstances which may reasonably be expected to give rise to a claim under this policy?   ☐ Yes   ☒ No |
|---|---|

If yes, please provide details:

### FRAUD WARNING:  APPLIACBLE TO ALL STATES

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent act, which is a crime and shall be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each violation.

### WARRANTY STATEMENT

The undersigned authorized officer of the applicant declares that the statements set forth herein are true.  The undersigned authorized officer agrees that if the information supplied on the application changes between the date of the application and the effective date of the insurance, he/she (undersigned) will immediately notify the insurer of such changes, and the insurer may withdraw or modify any outstanding quotations and/or authorization or agreement to bind the insurance.  Signing of this application does not bind the applicant or the insurer to complete the insurance.

Notice to applicants:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing and false information, or conceals for the purpose of misleading, information concerning fact material thereto, contains a fraudulent insurance act, which is a crime.

_____
(Signature)

*President*
_____
(Title)

*9 Feb '15*
_____
(Date)