# EXHIBIT 2

| APPLICATION DATE | NEED BY DATE | PROPOSED EFFECTIVE DATE |
|---|---|---|
| | | |

**ROCKHILL INSURANCE COMPANY**

## SITE SPECIFIC LEGAL LIABILITY APPLICATION

### SECTION A: APPLICANT INFORMATION

| APPLICANT |
|---|
| |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| PHYSICAL ADDRESS IF DIFFERENT | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| CONTACT NAME | CONTACT E-MAIL |
|---|---|
| | |

| CONTACT PHONE # | WEBSITE ADDRESS |
|---|---|
| | |

**COMPANY IS:** ☐ Individual  ☐ Corporation  ☐ LLC  ☐ Partnership
☐ Other (Specify)

### SECTION B: REQUESTED COVERAGE       ☐ Renewal       ☐ New Business

| | LIMITS | DEDUCTIBLE | PROPOSED RETRO DATE |
|---|---|---|---|
| Third Party Pollution Liability ☐ | | | |
| On Site Pollution Cleanup ☐ | | | |
| Off Site Pollution Cleanup ☐ | | | |
| Transportation Pollution Liability ☐<br>If selected, complete the Transportation Pollution Supplement | | | |
| Non-Owned Disposal Site Coverage ☐<br>If selected, complete the Non-Owned Disposal Supplement | | | |

### SECTION C: PRIOR SITE ILIABILITY INFORMATION

| CARRIER | LIMITS | DEDUCTIBLE | RETRO | PREMIUM |
|---|---|---|---|---|
| | | | | |

1. Have any environmental site assessments or other relevant site investigations been performed in the past 24 months for any site to be insured? ☐ Yes ☐ No   If yes, attach a copy of all relevant documents.

### SECTION D: GROSS RECEIPTS

1. What are the applicants estimated gross sales for next 12 months?

### SECTION E: CLAIMS

1. Have any claims been received in the last five (5) years alleging liability resulting from a pollution release at any site to be insured? ☐ Yes ☐ No  If yes, attach a copy of all relevant correspondence relating to these matters.

2. In the past five (5) years have you received any notice of violation, fine or penalty resulting from a failure to comply with an environmental permit or license? ☐ Yes ☐ No  If yes, attach a copy of all relevant correspondence relating to these matters.

3. Are you aware of any current or past pollution conditions at, under or migrating from any of the location for which you are requesting coverage? ☐ Yes ☐ No  If yes, attach a copy of all relevant correspondence relating to these matters.

4. Are you aware of any facts or circumstances which may reasonably be expected to give result in a claim(s) being asserted against you for environmental cleanup or for bodily injury or property damage arising from the releases of pollutants under this policy? ☐ Yes ☐ No  If yes, attach a copy of all relevant correspondence relating to these matters.

Rockhill 000087
CONFIDENTIAL

## SECTION F: PROPERTY

1. many locations do you wish to be covered?
   Please complete the following for all locations you wish be be covered.

| LOCATION (ADDRESS) | |
|---|---|
| ACREAGE | |
| LENGTH OF OPERATIONS | |

2. Describe current operations:

3. Provide a Description of Adjacent Propreties

| North | |
|---|---|
| South | |
| East | |
| West | |

4. Are there third parties that operate on or lease portions of the property?   ☐ Yes   ☐ No
   If yes, attach a list of these third parties with a description of what they do on the site.

5. Was the site ever used as a waste disposal facility, whether permitted or not?   ☐ Yes   ☐ No
   If yes, complete the Waste Disposal Facility supplement.

6. Does the site have any underground storage tanks?   ☐ Yes   ☐ No
   If yes, complete the UST supplement.

7. Does the site have any aboveground storage tanks that store more than 1,000 gallons of liquids?   ☐ Yes   ☐ No
   If yes, complete the AST supplement and attach the site's Spill Prevention, Control and Countermeasure Plan.

8. Does the site store or treat any hazardous materials?   ☐ Yes   ☐ No
   If yes, complete the Hazardous Materials supplement.

**FRAUD WARNING: APPLICABLE TO ALL STATES**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**WARRANTY STATEMENT**

The undersigned authorized officer of the applicant declares that the statements set forth herein are true.  The undersigned authorized officer agrees that if the information supplied on the application changes between the date of the application and the effective date of the insurance, he/she (undersigned) will immediately notify the insurer of such changes, and the insurer may withdraw or modify any outstanding quotations and/or authorization or agreement to bind the insurance.  Signing of this application does not bind the applicant or the insurer to complete the insurance.

**NOTICE TO APPLICANTS:**

a) Any person who knowingly and with intent to defraud any insurance company or Other person files an application for insurance containing any false information, or conceals for the Purpose of misleading, information concerning fact material thereto, commits a fraudulent insurance Act, which is a crime.
b) You agree that if the information supplied in the Application changes between the date of this Application and the effective date of the proposed insurance, then you will immediately notify the Underwriters of such changes.

Signature: _____    Date: _____

Title: _____

Rockhill 000088
CONFIDENTIAL