**EXHIBIT C**




Alpharetta, Georgia
Pearl River, New York
Medina, Ohio
San Francisco, California
Slidell, Louisiana

Indication Date:   04/11/2017

TO:          Environmental Underwriting          FROM:      Julie Johns
             Solutions                                       985-718-3411
             3800 Colonnade Parkway                          jjohns@rhkc.com
             Suite 655
             Birmingham, AL 35243
ATTN:        *Cody Lowrey*

## INSURANCE INDICATION

THE TERMS AND CONDITIONS OF THIS INDICATION MAY NOT COMPLY WITH THE SPECIFICATIONS SUBMITTED FOR CONSIDERATION.  PLEASE READ THIS INDICATION CAREFULLY AND COMPARE IT AGAINST YOUR SPECIFICATIONS. THIS INDICATION CONTAINS A BROAD OUTLINE OF COVERAGE BEING OFFERED AND DOES NOT INCLUDE ALL THE TERMS, CONDITIONS, EXCLUSIONS AND COVERAGES FOUND IN THE POLICY.  IN THE CASE OF ANY CONFLICT BETWEEN THE INSURANCE POLICY AND THE PROVISIONS CONTAINED IN THIS INDICATION, THE PROVISIONS IN THE POLICY SHALL GOVERN. THE ISSUING COMPANY PROVIDING THE COVERAGE INDICATED HEREIN IS A NON-ADMITTED CARRIER AND IS NOT PROTECTED BY STATE GUARANTEE FUNDS.

The following outlines our INDICATION for Site Specific Pollution Legal Liability Coverage with Rockhill Insurance Co. for the listed insured.  Please read the policy form and coverage terms carefully.

Terrorism coverage is available to the insured for a premium disclosed in the attached Policyholder Disclosure Notice of Terrorism Insurance Coverage (RHIC 6500 4/08). If the insured wishes to reject this coverage, the insured must sign and return this notice to you. If you do not return this notice to us, by law we are required to provide this coverage on the policy and apply the disclosed additional premium   If you have any questions, please contact me.

**Insured:**              **Southeastern Cheese Corp**
**Insured's Address:**     PO Box 595
                           Uniontown, AL 36786
**Form of Business**:      Corporation

**Issuing Company:** Rockhill Insurance Company - Rated -A by A.M. Best
Rockhill Insurance Company is a wholly owned subsidiary of State Auto Mutual
Insurance Company

**Rockhill 000314**
**CONFIDENTIAL**

## SITE SPECIFIC POLLUTION LEGAL LIABILITY POLICY

RHIC 6801 (9/08)      Site Specific Pollution Legal Liability Policy Form
RHIC 6800 9/08        Site Specific Pollution Legal Liability Declarations
RHIC 6046 5/12        Schedule of Forms and Endorsements
RHIC 6810 9/08        Scheduled Locations Endorsement
RHIC 6028 1/08        Notice of Service of Suit

RHIC 1101 3/11        Signature Endorsement
RHIC 1112 1/09        Cancellation / Non-Renewal
RHIC 6051 9/08        Nuclear Energy Liability Exclusion Endorsement
IL P 001 1/04         Advisory Notice to Policyholders

IF TRIA ACCEPTED:

IL 09 85 01 15        Disclosure Pursuant to Terrorism Risk Insurance Act
RHIC 6516 (4/15)      Cap on Losses from Certified Acts of Terrorism
RHIC 6504 (4/15)      Exclusion of Punitive Damages Related to a Certified Act of Terrorism

IF TRIA REJECTED:

RHIC 6508 4/15        Exclusion of Certified Acts of Terrorism and Exclusion of Other Acts of Terrorism
                      Committed Outside the United States

**Rockhill 000315**
**CONFIDENTIAL**

## LIMITS OF INSURANCE

**Coverage A – Pollution Legal Liability**

**Coverage B – On-Site Clean-Up Costs**

Please see the policy form and any applicable endorsements for a complete description of the coverage. All premiums do not include applicable surplus lines taxes.

| Option 1 | Limits of Insurance | | Premium | | |
|---|---|---|---|---|---|
| | Each Pollution Condition | Aggregate Limit | Coverage A Only | Coverage B Only | Both Coverages Combined |
| | $1,000,000 | $1,000,000 | $2,696 | $N/A | $5,392 |
| | | | | | |
| **Deductible:** | $5,000 | Each Pollution Condition | | | |
| | | | | | |
| **Policy Term:** | 1 Year | | | | |

**Scheduled Location(s):**

| Scheduled Location(s): | Retroactive Date(s): |
|---|---|
| 1.    92 Washington St. Uniontown, AL 36786 | 1.  3/18/2012 |

| | |
|---|---|
| **Terrorism Premium:** | 8% of Bound Premium excluding taxes subject to a minimum premium of $500. *(This Provides Coverage for a "certified act of terrorism")* *This Premium will be charged unless the attached RHIC 6500 (4/08) Policyholder Disclosure Notice of Terrorism Insurance Coverage Form is completed and returned prior to coverage being bound. Please note that all TRIA premium is 100% minimum earned at inception.* |
| **Minimum Earned Premium:** | 25% of Bound Premium at inception plus TRIA, if applicable, excluding taxes and fees. All TRIA premium is 100% minimum earned at inception. Premium is payable at inception. |
| **Commission:** | 20 % |
| **Inspection / Policy fee:** | $0 |

**Rockhill 000316**
**CONFIDENTIAL**

## INDICATION CONDITIONS

1. This indication is valid for the lesser of 30 days or policy expiration
2. Your office is responsible for collecting, filing, and remitting surplus lines tax filings, taxes, and stamping fees associated with this coverage
3. Submission of certificates of insurance is not required and will not be accepted. Certificates are informational documents provided by the issuing party to the certificate holders, confer no rights upon the certificate holders and do not amend, extend or alter the coverage afforded by the insurance policy. As such, certificates should not be sent to the Company or Rockhill Insurance Services for review, approval or for notification purposes

## INDICATION CONTINGENCIES

1. TRIA rejection form signed and date by the insured if the insured wishes to reject the quoted terrorism coverage
2. Surplus Lines Tax Verification Form
3. Most Recent Financial Statement (including income statement showing gross sales). **Rockhill reserves the option to revise the premium based upon the submitted financials**

PLEASE NOTE: THIS PROPOSAL IS FOR TERMS AND CONDITIONS UNDERWRITERS ARE WILLING TO PROVIDE AND NOT NECESSARILY WHAT WAS REQUESTED.

| THIS INDICATION MAY BE WITHDRAWN BY THE INSURER AT ANY TIME PRIOR TO BINDING. |
| --- |

**PREMIUM PAYMENT IS DUE WITHIN 30 DAYS FROM EFFECTIVE DATE**

**Rockhill 000317
CONFIDENTIAL**

 

Alpharetta, Georgia
Chicago, Illinois
Medina, Ohio
Pearl River, New York
San Francisco, California
Slidell, Louisiana

Indication Date:   04/20/2017

TO:         Environmental Underwriting          FROM:      Julie Johns
            Solutions                                      985-781-6808
            3800 Colonnade Parkway                         jjohns@rhkc.com
            Suite 655
            Birmingham, AL 35243
ATTN:       *Cody Lowrey*

# INSURANCE INDICATION

THE TERMS AND CONDITIONS OF THIS INDICATION MAY NOT COMPLY WITH THE SPECIFICATIONS SUBMITTED FOR CONSIDERATION.  PLEASE READ THIS INDICATION CAREFULLY AND COMPARE IT AGAINST YOUR SPECIFICATIONS. THIS INDICATION CONTAINS A BROAD OUTLINE OF COVERAGE BEING OFFERED AND DOES NOT INCLUDE ALL THE TERMS, CONDITIONS, EXCLUSIONS AND COVERAGES FOUND IN THE POLICY.  IN THE CASE OF ANY CONFLICT BETWEEN THE INSURANCE POLICY AND THE PROVISIONS CONTAINED IN THIS INDICATION, THE PROVISIONS IN THE POLICY SHALL GOVERN. THE ISSUING COMPANY PROVIDING THE COVERAGE INDICATED HEREIN IS A NON-ADMITTED CARRIER AND IS NOT PROTECTED BY STATE GUARANTEE FUNDS.

Insured:            **Southeastern Cheese Corp.**

Form of Business:   Corporation - private

Mailing Address:    PO BOX 535
                    Uniontown, AL 36786

Scheduled Locations:  92 Washington Street
                      Uniontown, AL 36786
                      Retro Date: 03/18/2012

                      92 Washington Street
                      Uniontown, AL 36786
                      Retro Date: 03/18/2012

Issuing Company:    Rockhill Insurance Company - Rated A- XII by A.M. Best
                    Rockhill Insurance Company is a wholly owned subsidiary of State Auto Mutual
                    Insurance Company

D.B.A. Environmental Coverage
Insurance Services in California
LIC. #0827792 in California

1

**Rockhill 000326**
**CONFIDENTIAL**

Type of Insurance:
**SITE SPECIFIC LEGAL LIABILITY COVERAGE PART**


Policy Period:                    04/23/2017 - 04/23/2018
                                  (12:01 A.M. standard time at the location address of the named insured.)


Coverages:                        **Coverage A - Pollution Legal Liability**
                                  **Coverage B - On-Site Clean-Up Costs**

                                  Please see the policy form and any applicable endorsements for a complete
                                  description of the coverage.


Limits of Liability:

**SITE SPECIFIC LEGAL LIABILITY (SSLL) COVERAGE PART**
Aggregate Limit                              $1,000,000
Occurrence Limit                             $1,000,000


Deductible:

**SITE SPECIFIC LEGAL LIABILITY**
$5,000.00 Each Pollution Condition

Premium:                          Coverage A Only:      $2,696.00
                                  Coverage B Only:      $2,696.00
                                  Coverage A&B:         $5,392.00
                                  Coverage C:           Not applicable
                                  Coverage D:           Not applicable


Minimum Earned Premium:           25.00% of Bound Premium at inception, plus TRIA, if
                                  applicable, excluding taxes and fees.

                                  All TRIA premium is 100% minimum earned at inception.

                                  Premium is payable at inception.


Commission:                       20.00%


Rate:                             Flat / Non-Auditable


Insured's Business:               Environmental Operations

Premiums, Taxes and Fees:         25.00% Minimum Earned Premium
     Minimum & Deposit:           $5,392.00 & Applicable Surplus Lines Taxes


Commission:                       20.00%

**Rockhill 000327**
**CONFIDENTIAL**

Optional Policy Aggregate Limit:         $2,000,000

**Premium**:  An additional 5% of the applicable premium + Applicable Surplus Lines Tax

Standard Terms & Conditions:

1. This indication is valid for the lesser of 30 days or policy expiration
2. Your office is responsible for collecting, filing, and remitting surplus lines tax filings, taxes, and stamping fees associated with this coverage
3. Submission of certificates of insurance is not required and will not be accepted. Certificates are informational documents provided by the issuing party to the certificate holders, confer no rights upon the certificate holders and do not amend, extend or alter the coverage afforded by the insurance policy. As such, certificates should not be sent to the Company or Rockhill Insurance Services for review, approval or for notification purposes

Indication Contingencies:

1. Most recent financial statement (including income statement showing gross sales)
2. Written acceptance or rejection of TRIA coverage. Terrorism coverage is available to you and disclosed in the attached Policyholder Disclosure Notice of Terrorism Insurance Coverage. If TRIA is accepted the TRIA premium is 100% earned. If you wish to reject this coverage, you must sign and return this notice to your agent or broker. If you do not return this notice, by law, we are required to provide this coverage on your policy and apply the disclosed additional premium. If you have any questions, please contact your agent or broker.
3. Completed Surplus Lines Tax Verification Form

THIS INDICATION MAY BE WITHDRAWN BY THE INSURER AT ANY TIME PRIOR TO BINDING.

**PREMIUM PAYMENT IS DUE WITHIN 30 DAYS FROM EFFECTIVE DATE**

3

**Rockhill 000328**
**CONFIDENTIAL**