**EXHIBIT F**

11/28/2018                                                RE_ Southeastern Cheese Corp.html

| | |
|---|---|
| **From:** | Norton, Jennifer |
| **Sent:** | Tuesday, April 11, 2017 2:41 PM |
| **To:** | Johns, Julie |
| **Subject:** | RE: Southeastern Cheese Corp |
| **Attachments:** | image001.jpg; image002.png |

Keep as is

**Jennifer Norton**
**Specialty-Underwriter II**
Rockhill Insurance, a member of the State Auto Group
Phone: 9857183401   |   **JNorton@rhkc.com**



**Email** | **Website**   

---

**From:** Johns, Julie
**Sent:** Tuesday, April 11, 2017 2:10 PM
**To:** Norton, Jennifer
**Subject:** Southeastern Cheese Corp

Jenn,

Site legal renewal of your for your review. Application and Indication are attached.
Clear of losses,
They sent a site pollution app (attached) instead of the site legal, they sent the same thing last year..
Last year's application says they plan to do **REDACTED** Is this because GW is rating too high for this class?

Aerial View looks fine:
https://www.google.com/maps/place/92+Washington+St,+Uniontown,+AL+36786/@32.4497751,-87.5221708,439m/data=!3m1!1e3!4m2!3m1!1s0x888f hl=en

No website found. Nothing negative in search

Nothing found on EPA website

Thanks,
**Julie Johns**
**Specialty-Underwriter I**
Rockhill Insurance, a member of the State Auto Group
Phone: 9857183411   |   **JJohns@rhkc.com**

R O C K H I L L
INSURANCE COMPANY
*a member of the State Auto Group*

Rockhill 000312
CONFIDENTIAL