IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SOUTHEASTERN CHEESE CORPORATION, et al. | ) ) ) ) |
| Defendants. | ) |

Case No.: 2:18-CV-00268-KD-B

# Exhibit B

IN THE UNITED STATES DISTRICT COURT SOUTHERN

DISTRICT OF ALABAMA, SELMA DIVISION

CIVIL ACTION NO. 2:18-CV-00268-KD-B

ROCKHILL INSURANCE COMPANY,

        Plaintiff,

vs.

SOUTHEASTERN CHEESE CORPORATION, et al.,

        Defendants.

DEPOSITION OF RHONDA CRAUN

Maynard, Cooper & Gale, P.C.

1901 Sixth Avenue North

2400 Regions/Harbert Plaza

Birmingham, Alabama 35203

May 7, 2019

REPORTED BY:

    Gail B. Pritchett

    Certified Realtime Reporter,

    Registered Professional

    Reporter and Notary Public

```
 1              MR. FROST:  What do you mean by
 2   that?
 3              THE COURT REPORTER:  All
 4   objections except as to form and leading are
 5   reserved until trial, and also includes waiving
 6   of the signature.
 7              MR. FROST:  Yeah, well, we are
 8   definitely going to read and sign.  We will
 9   just go under the Federal Rules here for
10   depositions.
11
12   EXAMINATION BY MR. TAYLOR:
13        Q.    Ms. Craun -- Craun?
14        A.    Craun, yes.
15        Q.    -- please state your name.
16        A.    Rhonda Marie Craun.
17        Q.    Where do you work?
18        A.    I work at State Auto Insurance.  I
19   work for State Auto Insurance.
20        Q.    Okay.  And where do you work,
21   what --
22        A.    In my home.  In Carmel, Indiana.
23        Q.    What is the relationship between
```

```
 1         A.    Yes.
 2         Q.    (BY MR. TAYLOR:)  Subject to his
 3   objection, just to repeat the question, are you
 4   here today to testify on behalf of Rockhill
 5   Insurance Company as to the areas of
 6   examination identified in this Notice of
 7   Deposition?
 8         MR. FROST:  Same objections.
 9         A.    Yes, I am.
10         Q.    (BY MR. TAYLOR:)  Ms. Craun, I am
11   going to hand you some documents that I plan to
12   ask you about today.  And we will do our best,
13   if we can, to keep these together.
14         MR. TAYLOR:  Christopher, do you
15   want an extra copy?  I have one.
16         MR. FROST:  If you have them,
17   Spence, that will be great.  I want you to get
18   your money's worth out of the copies you made.
19         MR. TAYLOR:  Off the record.
20         (Off-the-record discussion.)
21         MR. TAYLOR:  Back on the record.
22         Q.    (BY MR. TAYLOR:)  Ms. Craun, let
23   me tell you what I have put in front of you
```

```
 1   on.
 2                So my question about questions
 3   one -- pages 1 through 4, Rockhill, if I
 4   understand your testimony, is not claiming
 5   there is any omission or misrepresentation in
 6   the 2015 application in this lawsuit?
 7                MR. FROST:  Asked and answered,
 8   but go ahead.
 9        A.    The 2015 policy is not at issue in
10   the lawsuit.  We are making no representations
11   either way about that at this time.
12        Q.    (BY MR. TAYLOR:)  All right.  Do
13   you see on page 111 of the application where it
14   describes the property for the locations you
15   wish to be covered, do you see that?
16        A.    Yes, sir.
17        Q.    And what does it list there?
18        A.    92 Washington Street, 470 County
19   Road 78.
20        Q.    So was it your understanding that
21   Southeastern Cheese was seeking insurance
22   coverage for both of those locations?
23        A.    I believe there's only -- the
```

```
 1   policy was issued for 92 Washington Street.
 2   470 County Road I think might be the same
 3   address.  I think it is one address.  I think
 4   they are one and the same.
 5        Q.   So is it your belief that 92
 6   Washington Street includes 470 County Road 78?
 7        A.   I think it is possible, yes.
 8        Q.   So do you think that the insurance
 9   coverage issued to Southeastern Cheese for the
10   92 Washington Street location includes the
11   wastewater and sprayfields?
12             MR. FROST:  Object to the form.
13        A.   I think that the wastewater
14   treatment, sprayfields -- I think that the
15   policy was issued -- let's see -- to
16   Southeastern Cheese as the insured for their
17   operations at 92 Washington Street is how it
18   was issued.
19        Q.   (BY MR. TAYLOR:)  I understand
20   that, but my question is does the policy
21   provide coverage for Southeastern Cheese's
22   cheese plant at 92 Washington Street and the
23   wastewater treatment and sprayfields at 470
```

```
 1   County Road 78, what you just told me was one
 2   and the same?
 3        A.    (Reviewing document.)  As issued
 4   the policy -- the application lists the whole
 5   thing as the description of what they have, but
 6   the policy is issued just for 92 Washington
 7   Street, so I would assume that is just the
 8   coverage they have.
 9        Q.    But you just told me a second ago
10   that you understand that 92 Washington Street
11   includes 470 County Road 78.
12        A.    I am saying they are the same
13   physical location.
14        Q.    All right.  And it is that
15   physical location that is covered under the
16   Rockhill policy, correct?
17        A.    It is site specific.
18        Q.    And that's the site --
19        A.    That's the site.
20        Q.    -- the location?
21        A.    Uh-huh.
22        Q.    And do you know whether the
23   wastewater treatment and sprayfields are
```

```
 1  located at 470 County Road 78?
 2       A.   I don't see an address separate
 3  for those.
 4       Q.   Okay.  I am just asking you do you
 5  know whether or not that is the address for the
 6  wastewater treatment and sprayfield?
 7       A.   From the map in the -- from the
 8  other -- in here, from the map in the section
 9  eight, it would appear that they are separate
10  locations.
11       Q.   If I --
12       A.   I am pointing to the map in the
13  Riverkeeper's suit, section eight, attachment
14  eight to our Complaint.
15       Q.   All right.  I think I am with you.
16  Now, what is it you are explaining?  Is this
17  the photograph you are looking at?
18       A.   Yes, that was.  Mine is black and
19  white.  You have a color photo.  Yes.  Okay.
20       Q.   And just for the record, this is
21  the last page after the declaration of Nelson
22  Brook, it is a color photograph that says
23  Google My Maps at the bottom.
```

```
 1                 Explain to me what you were
 2   just -- tell me again what you just said,
 3   please.
 4        A.     The cheese plant isn't in this
 5   picture.
 6        Q.     Okay.
 7        A.     The cheese plant, to my
 8   understanding, is up here kind of -- in this
 9   picture it would be up in the right-hand top
10   corner, over in here (indicating), in town, at
11   the edge of town.
12        Q.     Okay.
13        A.     Okay.  And so that would be where
14   -- that is 470 County Road 78.  78 and
15   Washington Street appear to be the same thing.
16        Q.     All right.
17        A.     Maybe it was an old postal address
18   or something, I don't know.
19        Q.     Okay.  And so in issuing the
20   policy, Rockhill was intending to cover 92
21   Washington Street and 470 County Road 78
22   because it understood it to be the same thing?
23        A.     Rockhill was --
```

```
 1              MR. FROST:  Object to the form.
 2   Go ahead.
 3        A.    Okay.  Rockhill issued the policy
 4   to cover 98 Washington Street is how it is
 5   written on the policy, I believe, I don't --
 6        Q.    (BY MR. TAYLOR:)  You are waiting
 7   on me, I'm sorry.
 8              My question -- let me kind of take
 9   a step back and ask it to you this way:
10   Southeastern Cheese was applying for insurance
11   coverage for its cheese plant and its
12   wastewater treatment and sprayfield, correct?
13        A.    That is what it says on here, yes
14   (indicating).
15        Q.    And do you understand -- do you
16   know whether or not the wastewater treatment
17   and sprayfield is at the 470 County Road 78
18   address?  Is that correct or is that not
19   correct?
20        A.    The cheese plant shows that
21   location.  The sprayfield appears to be a
22   separate location.  And it's -- on that paper
23   it shows two sprayfields, so I'm not sure what
```

1  they intended as far as how many sprayfields
2  unless they just consider it one but the
3  Riverkeeper's suit felt it was two.  I'm not
4  sure.
5        Q.   But did you understand that
6  Southeastern Cheese was seeking coverage for
7  both the cheese plant and the wastewater
8  treatment and sprayfield based on this
9  application?  They are, right?  I mean, that's
10 what we are looking at right here, it says
11 please complete the following for all locations
12 you --
13       A.   But there is a description of
14 their property, the cheese plant, wastewater
15 and sprayfield on this application.
16       Q.   And throughout the application
17 they describe cheese-making, manufacturing,
18 wastewater treatment through a series of
19 lagoons and irrigation treated wastewater; do
20 you see that?  That's the very next one under
21 four.
22       A.   Yes.
23       Q.   And then in seven, cheese plant

```
 1   since 1930, hay and pasture farm; do you see
 2   that, A and B in response to seven?  On page
 3   111.
 4         A.    Yes.
 5         Q.    All right.  And do you see on page
 6   8, provide all past storage and disposal
 7   practices at each site that describe an (A)
 8   milk silos and cheese and (B) lagoon ponds
 9   store wastewater, sprayfield distributes water
10   for absorption and evaporation; do you see
11   that?
12         A.    Yes.
13         Q.    So did Rockhill understand that
14   Southeastern Cheese was seeking coverage for
15   its sprayfield operation?
16         A.    That is what the application says.
17         Q.    And did Rockhill provide coverage
18   for Southeastern Cheese's sprayfield
19   application?
20         A.    It would appear that the
21   description on the policy was just for 92
22   Washington Street.
23         Q.    Okay.  And so -- and you have told
```

```
 1  me that you think 92 Washington Street is the
 2  same address as 470 County Road 78; do you see
 3  that?
 4          A.    Yes, sir.
 5          Q.    Okay.  And so at least in
 6  Southeastern Cheese's mind, 470 County Road 78
 7  wastewater treatment/sprayfield is at that
 8  address, correct?
 9          A.    I don't -- I don't know what's in
10  their mind, but that is how they filled out the
11  application.  I can only -- this is just what
12  it says.
13          Q.    Right.  And so did Rockhill make a
14  decision not to insure the wastewater treatment
15  and sprayfield operation?
16          A.    It issued the policy as it was
17  written.
18          Q.    And I am not asking you how it
19  issued the policy.  I am asking you did
20  Rockhill make a decision not to insure the
21  wastewater treatment and sprayfield operation?
22                MR. FROST:  That's her answer,
23  Spence.  She is telling you what the policy
```

1   that question.  And I don't mean to be so
2   insistent about it, but I have not gotten an
3   answer to that question and it seems
4   fundamental to your claims.  We are owed an
5   answer to that question.  And it seems to me it
6   has to be either yes, no, maybe, I don't know,
7   but you have not even given me one of those.
8            So I will just ask you one more
9   time:  Is it Rockhill's position that the 2017
10  policy covers the wastewater treatment and
11  sprayfield location or not?
12           MR. FROST:  Same objections.
13       A.    The policy insures the scheduled
14  location as -- and the address that was on the
15  application.
16       Q.    (BY MR. TAYLOR:)  Does Rockhill
17  have an understanding one way or another
18  whether or not the wastewater treatment and
19  sprayfield is within that scheduled location?
20       A.    If it's within the -- I'm sorry,
21  what --
22       Q.    Does Rockhill have a position
23  whether or not the wastewater treatment and

```
 1   sprayfield is within that scheduled location?
 2        A.    Other than what's in the policy, I
 3   don't know what -- what the answer to your
 4   question is.
 5        Q.    You don't know whether or not the
 6   92 Washington Street scheduled location in the
 7   policy, you don't know whether that includes
 8   the wastewater treatment or sprayfield or not?
 9        A.    To the extent that that location
10   includes the sprayfields, then there would be
11   coverage.
12        Q.    Okay.  And I am just asking do you
13   know whether it includes the sprayfields?  Do
14   you know whether 92 Washington Street includes
15   the wastewater treatment and sprayfield
16   operation?
17              MR. FROST:  Object to the form,
18   scope.
19        A.    (Reviewing documents.)  I guess,
20   as I have already stated, to the extent those
21   sprayfields would be attached to that address,
22   I -- we would have to look -- it would appear
23   to be that is the scheduled location.
```

```
 1           Q.    Well -- and so I think you told me
 2   earlier, and there are some documents in here
 3   that I am planning to ask you about a little
 4   bit later, that Rockhill actually did an aerial
 5   view of the property.
 6           A.    Yes.
 7           Q.    And when Rockhill did its aerial
 8   view of the property, its understanding was
 9   that 92 Washington Street and 470 County Road
10   78 were the same location?
11                 MR. FROST:  Object to the form.
12           A.    That's what it looks like, yes.
13           Q.    (BY MR. TAYLOR:)  And sitting here
14   today, do you know whether Rockhill intended to
15   insure the wastewater treatment and sprayfield
16   when it included 92 Washington Street in the
17   insurance policy, 2017 policy?
18                 MR. FROST:  I object.  The policy
19   speaks for itself.
20           A.    The policy was issued 92
21   Washington Street.  Other than that, I don't
22   know the answer to your question.
23           Q.    (BY MR. TAYLOR:)  And have you
```