UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROCKHILL INSURANCE COMPANY,** )<br>)<br>    **Plaintiff,**                                        )<br>)<br>**v.**                                                          )<br>)<br>**SOUTHEASTERN CHEESE**              )<br>**CORPORATION, et al.,**                    )<br>)<br>    **Defendants.**                                   ) | **Civil Action 2:18-cv-00268-KD-B** |

**[PROPOSED] ORDER GRANTING**
**MOTION TO FILE UNDER SEAL**

Before the Court is Plaintiff Rockhill Insurance Company's motion to file its reply in support of its motion for summary judgment under seal. In light of the designation of information cited in its reply as Confidential pursuant to the Stipulated Protective Order, the Court finds that Rockhill's motion is due to be granted. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Clerk of Court shall maintain the foregoing document under seal.

Done this __ day of December 2019.

_____
United States District Judge

05158679.1                                                                              1